■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HAFFNER, Appellant.—Appeal from a judgment of the County Court of Rensselaer County (Ceresia, Jr., J.), rendered January 17, 1990, convicting defendant upon his plea of guilty of the crime of robbery in the third degree.

The sentence imposed, a 2⅓-to-7-year prison term, was part of the plea bargain made with defendant. Although given the opportunity to do so, neither defendant nor his counsel indicated that they had any comments to make on factors affecting sentence. Therefore, defendant's right to a consideration of his youthful offender status was waived (see, *People v McGowen*, 42 NY2d 905; *People v Quesnel*, 115 AD2d 802). In any event, given defendant's prior history and the nature of the crime, there is no indication before us that such treatment was warranted (see, *People v Sneed*, 116 AD2d 676).

Judgment affirmed. Mahoney, P. J., Kane, Weiss, Levine and Harvey, JJ., concur.

■ JOHN M. McGOWAN, Appellant, v SEARS ROEBUCK & COMPANY, Respondent.—Appeal from an order of the Supreme Court (Hughes, J.), entered April 19, 1990 in Albany County, which denied plaintiff's motion for summary judgment on his first cause of action.

Even if it is assumed that plaintiff presented sufficient evidence linking defendant to the application of the pesticide at issue and that such application was negligent, the evidence submitted by defendant in opposition to plaintiff's motion for summary judgment was sufficient to raise triable issues of fact to warrant denial of the motion (see, *MTB Computer Corp. v Chase Manhattan Bank*, 135 AD2d 616; see also, *Krupp v Aetna Life & Cas. Co.*, 103 AD2d 252). We have addressed plaintiff's remaining contentions and find them either unpreserved for review or lacking in merit.

Order affirmed, without costs. Mahoney, P. J., Casey, Yesawich, Jr., Levine and Harvey, JJ., concur.

